PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   MAUREEN.BESSETTE@USDOJ.GOV

Attorneys for United States of America

**FILED**
Apr 29 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>WILLIAM J. O'REILLY,<br><br>a/k/a WILLIAM J. O'REILLY JR<br><br>    Defendant. | CASE NO. 4:25-mj-70481<br><br>AMENDED NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on April 28, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon a

    ☐    Indictment

    ☐    Information

    x    Criminal Complaint

    ☐    Other (describe) _____

pending in the Northern District of New York, Case Number 8:25-MJ-72 (GLF).

    In that case (copy of complaint attached), the defendant is charged with a violation of Title 8,

U.S.C. § 1324(a)(1)A)(v)(1).

Description of Charges: Conspiracy to Bring Aliens.

    The maximum penalties are as follows: 10 years' imprisonment, $250,000 fine, 3 years' supervised release, and a $100 special assessment.

Respectfully Submitted,

PATRICK D. ROBBINS
Acting UNITED STATES ATTORNEY

Date: April 29, 2025

    //S//
MAUREEN C. BESSETTE
Assistant United States Attorney

v. 7/10/2018

# Attachment

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| United States of America<br>v.<br>**WILLIAM J. O'REILLY**<br>a.k.a. WILLIAM J. O'REILLY JR.<br><br>*Defendant* | )<br>)  Case No.  8:25-MJ-72 (GLF)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* William J. O'Reilly,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 USC 1324(a)(1)(A)(v)(I) - Conspiracy to Bring Aliens into the United States.

Date: MARCH 18, 2025

*Issuing officer's signature*

City and state:  Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Mar 18 - 2025**
John M. Domurad, Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WILLIAM J. O'REILLY<br>a.k.a. WILLIAM J. O'REILLY JR.<br>Defendant. | Case No.  8:25-MJ-72 (GLF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about October 29, 2024, through on or about November 10, 2024, in the county of St. Lawrence in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(v)(I) | Conspiracy to Bring Aliens |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

*Thomas Keenan*
Complainant's signature

HSI Special Agent Thomas Keenan
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: MARCH 18, 2025

*Gary L. Favro*
Judge's signature

City and State:  Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
Printed name and title

Continuation Sheet, *United States v. WILLIAM J. O'REILLY*

This criminal complaint is based on these facts:

On November 13th, 2024, Coconspirator-1 was arrested and charged with 8 U.S.C. § 1324(a)(1)(A)(v)(I)- Conspiracy to Bring Aliens.

Coconspirator-1 stated an individual, whom investigators later determined to be William J. O'REILLY, would contact Coconspirator-1 and other individuals when aliens needed to be smuggled into the United States from Canada. Coconspirator-1 stated individuals who wanted to be smuggled into the United States would contact O'REILLY. In turn, O'REILLY would contact Coconspirator-1 or other un-named coconspirators to arrange smuggling. Coconspirator-1 stated he believed some of the "Irish" (the aliens being smuggled) were involved with criminal activity. Once Coconspirator-1 and other coconspirators transported the aliens to the United States from Canada, the aliens would move to other locations. Coconspirator-1 stated aliens mostly went to New York City, but also said some aliens were transported to Boston.

After obtaining a search warrant for Coconspirator-1's mobile cellular phone, law enforcement uncovered numerous text messages, voice messages, and voice calls between Coconspirator-1 and O'REILLY. In summary, on at least one occasion, O'REILLY informed Coconspirator-1 that he would need to prepare a boat to smuggle aliens from Canada into the United States. Coconspirator-1 would ask O'REILLY how many people would be transported and would make appropriate arrangements for transportation and boat space. Coconspirator-1 was paid in cash for his role. The aliens would have cash on their person when they were smuggled and would give the cash to other coconspirators. Coconspirator-1 would receive cash payment after the fact from coconspirators who received the cash from the aliens.

The investigation has determined, after interviews with additional co-conspirators and reviews of additional cellular phones, that O'REILLY was acting in a leadership role of an alien smuggling enterprise spanning the United States and Canada.

2